# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4661
MY EMAIL ADDRESS IS: NOEL.TRIPP@JACKSONLEWIS.COM

April 5, 2024

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 14A
New York, NY 10007-1312

Re:   *Narcisco Martin Bautista v. Iris Minaya, et al.*
      Civil Case No.: 23-07671 (JGK)

Dear Judge Koeltl:

      As counsel for Defendants in the above-referenced matter we write for all parties further to the Court's prior order dated March 25, 2024 (Dkt. No. 27) to request a brief extension of time until April 12, 2024 to file a *Cheeks* application or a notice of acceptance of offer of judgment pursuant to FRCP 68. The reason for this request is that parties require additional time finalize and execute the settlement materials.

      We thank the Court for its continued attention to this matter.

Respectfully submitted,

JACKSON LEWIS, P.C.

*Noel P. Tripp*

Noel P. Tripp

NPT:dc

4860-5540-7284, v. 1

**APPLICATION GRANTED**
**SO ORDERED**

4/5/24

John G. Koeltl, U.S.D.J.