UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
NARCISO MARTIN BAUTISTA,

                     **Plaintiff**

v.

                                                Index No.
                                                23-cv-7671-JGK
                                                ~~(PROPOSED)~~
                                                JUDGMENT

IRIS MINAYA, Individually, and
KENNY'S BAKERY LLC D/B/A KENNY BAKERY

                     **Defendants.**
-----------------------------------------------------------------------x

WHEREAS, an Acceptance of Offer of Judgment pursuant to Fed. R. Civ. P. 68 having been filed on April 12, 2024.

It is, therefore, ORDERED, ADJUDGED AND DECREED: That judgment is entered in favor of Plaintiff Narciso Martin Bautista and against Defendant Kenny's Bakery LLC d/b/a Kenny Bakery in the amount of $10,000.00, inclusive of attorney's fees and costs, in full and final resolution of all of Plaintiff's claims in this Action.

Dated: New York, New York
           4/15, 2024

                                                So Ordered: _____