```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

NARCISO MARTIN BAUTISTA,

            Plaintiff,        23-cv-7671 (JGK)

   - against -              ORDER

KENNYS BAKERY LLC, ET AL.,

            Defendants.

JOHN G. KOELTL, District Judge:

    Because the Judgment against the corporate defendant also releases the individual defendants, see ECF No. 30-1 and 33, the Clerk is directed to close this case.

SO ORDERED.

Dated:    New York, New York
          April 18, 2024

                                    /s/ John G. Koeltl
                                  John G. Koeltl
                           United States District Judge